IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

A.W. IRREVOCABLE SPECIAL )
NEEDS TRUST and A.W., a minor, by )
and through her guardian ad litem, )
Thomas M. Stern, )
)
        Plaintiffs, )
)
    v. ) 1:10CV364
)
LANIER M. CANSLER, in his official )
capacity as Secretary of the North )
Carolina Department of Health and )
Human Services and CRAIGAN L. )
GRAY, M.D., in his official capacity )
as Director of the Division of Medical )
Assistance of the North Carolina )
Department of Health and Human )
Services, )
)
        Defendants. )

O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on July 19, 2011, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Defendants' motion to dismiss [Docket No. 14] is **GRANTED** as to Plaintiffs' third claim for relief in its entirety, and **GRANTED**

with respect to Plaintiffs' first and second claims for relief to the extent those claims are based upon a violation of 42 U.S.C. § 1396a(a)(18), but otherwise is **DENIED.**

This the 25th day of August, 2011.

_____
UNITED STATE DISTRICT JUDGE